UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLAUDIA CROFT and**
**SHEER DELIGHT, INC.,**

      Plaintiffs,

vs.                                             Case No. 8:09-cv-1370-T-27AEP

**JEANETTE M. LEWIS,**

      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 22) be denied (Dkt. 31). Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, the Report and Recommendation (Dkt. 31) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 22) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 26th day of April, 2010.

                                                    JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Counsel of record